FILED

2004 MAR 10 PM 12:50

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FT. MYERS DIVISION

MICHAEL H. HAWKINS, Individually, )
RUSSELL WAGGONER, Individually, )
DON FEE, Individually, KEN HALL, )
Individually, STEVE BANNON, )
Individually, DAVID OTTO, Individually, )
TOM G. AMON, Individually, EVERETT ) CASE NO.: 2:04-CV-95-FTM-29SPC
C. SETSER, Individually, TERRY )
TURNER, Individually, DR. KENNETH )
BADOLATO, Individually, DR. DAVID W. )
BADOLATO, Individually, HARVEY )
HENDLER, Individually, CINCO )
HABANEROS, INC., a foreign corporation, )
DIESPITER LTDA, a foreign corporation, )
BOSTON MEDICAL INVESTORS, LLC, a )
Nevada limited liability company, )
SPARTACUS HEALTHCARE )
PARTNERS IV, a Nevada corporation, )
GAMI, LLC, a Florida limited liability )
corporation, BIG GAMES HOLDINGS, )
INC., a foreign corporation, and CROWN )
IV HOLDINGS, INC., a foreign )
corporation, )
)
    Plaintiffs, )
)
vs. )
)
CHARLES FUST, Individually, STACEY )
MALONEY FUST, Individually, ROBERT )
DUPONT, Individually, RUSSELL R. LEE, )
III, Individually, and SINO FRESH )
HEALTHCARE, INC., a Florida )
corporation, )
)
    Defendants. )
_____)

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT



I HEREBY disclose the following pursuant to this Court's Interested Persons Order:

1. The name of each person, attorney, association of persons, firm, law, firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    A. All Class Action Plaintiffs

    B. All Defendants, including Defendant, CHARLES FUST

    C. Greenberg, Traurig, P.A.

    D. The Otto Law Group

    E. David B. Haber, P.A.

    F. All shareholders including common stock shareholders listed on Exhibit "A" attached hereto and preferred shareholders listed on Exhibit "B" attached hereto.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other person entity which is likely to be an active participant in the proceedings, including the Debtor and members of the Creditor's Committee (or twenty largest unsecured creditors) in bankruptcy cases;

    A. Randolph H. Fields, Esq.

    B. Sargon Capital Corp., a Nevada corporation

    C. Bruce Harmon, Former CFO

4. The name of each victim (individual or corporate) of civil and criminal conduct

alleged to be wrongful, including every person who may be entitled to restitution:

    A.    All Class Action Plaintiffs

    B.    All common stock shareholders listed on Exhibit "A" attached hereto

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Court Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing of any such conflict.

Respectfully submitted,

**DAVID B. HABER, P.A.**
Attorneys for Lead Plaintiffs
One S.E. Third Avenue, Suite 1820
Miami, Florida 33131
Tel: (305) 379-2400
Fax: (305) 379-1406

By: _____
DAVID B. HABER, ESQ.
Florida Bar No.: 435368

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered via facsimile and U.S. Mail to David S. Oliver, Esq., c/o Greenberg, Traurig, P.A., 450 South Orange Avenue, Suite 650, Orlando, FL 32802, this 9th day of March, 2004.

By: _____
DAVID B. HABER, ESQ.



| NAME OF STOCKHOLDER | CONTACT | CERTIFICATES ISSUED CERT# | # OF SHARES | FROM WHOM SHARES WERE TRANSFERRED (Note if Original) | AMOUNT PAID THEREON | CERTIFICATES SURRENDERED OR TRANSFERRED CERT# | # OF SHARES | DATE OF SURRENDER OR TRANSFER OF SHARES | AMOUNT PAID THEREON | # OF SHARES HELD | VALUE OF STOCK TRANSFER TAX STAMP AFFIXED | FROM WHOM SHARES ARE TRANSF | CONTACT | ADDRESS 1 | ADDRESS 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kenneth Beltcystock | | C1 | 125,000 | 10/2002 | $12.50 | | | | | 125,000 | $0.0001 | | | 2 Valley View Court | |
| Harvey Hendler | | C2 | 250,000 | 10/2002 | $25.00 | | | | | 250,000 | $0.0001 | | | 61 Oxbow Place | |
| VOIDED Sargon SinoFresh I LLC | | C3 | 3,000,000 | Original | | | | | | | | | | 717 Valencia Ave. #6 | |
| Alys Daly (eh Alice E | Alys Daly (eh Alice E | C4 | 25,000 | Original 10/2002 | $2.50 | | | | | 25,000 | $0.0001 | | | P.O. Box 354 | |
| Patricia & Kenneth Badolato IT Entirety | | C5 | 100,000 | Original 10/2002 | $10.00 | | | | | 100,000 | $0.0001 | | | 444 Marmora Avenue | |
| Steven S. Badolato | | C6 | 25,000 | Original 10/2002 | $2.50 | | | | | 25,000 | $0.0001 | | | 6282 Tufted Moss | |
| Mark Duquin | | C7 | 12,500 | Original 10/2002 | $1.25 | | | | | 12,500 | $0.0001 | | | 4129 Melrose Court | |
| David W. Badolato | | C8 | 25,000 | Original 10/2002 | $2.50 | | | | | 25,000 | $0.0001 | | | | |
| VOIDED Andrew M. Badolato Charitable Trust | | C9 | 500,000 | Original | | | | | | | | | | | |
| VOIDED Martin Partners FLP | | C10 | 750,000 | Original | | | | | | | | | | | |
| VOIDED Andy Badolato FLP | | C11 | 600,000 | Original | | | | | | | | | | | |
| VOIDED Badolato Family FLP | | C12 | 600,000 | Original | | | | | | | | | | | |
| VOIDED Ires Habuereros | | C13 | 451,000 | Original | | | | | | | | | | | |
| VOIDED Big Cone Holdings | | C14 | 586,500 | Original | | | | | | | | | | 1900 S. Harbor City Blvd #315 | |
| VOIDED Dacquec Ltd | | C15 | 750,000 | Original 10/2002 | $75.00 | | | | | 750,000 | $0.0001 | Michael W. Hawkins | | 5840 NW 42nd Terrace | |
| White Angus at Vectress LP | | C16 | 1,000,000 | Original | | | | | | | | Michael Gottlieb | | | |
| VOIDED G&P Life Sciences LLC | | C17 | 1,000,000 | Original | | | | | | | | | | 1040 Seminole Dr. Ste 1151 | |
| G & P Life Sciences Group LLC | | C18 | 1,000,000 | Original 10/2002 | $100.00 | | | | | 1,000,000 | $0.0001 | | Laksh Nakoseen | | |
| MISSING (per MH voided by Anon) | | C19 | 1,000,000 | Original | | | | | | | | | | P.O. Box 930 | |
| Ionian Sea Holdings I LLC | | C20 | 2,000,000 | Original 10/2002 | $200.00 | | | | | 650,000 | $0.0001 | | Big Martin Management Corp., Attn Step | 3108 Casey Key Road | |
| VOIDED Sargon SinoFresh I LLC | | C21 | 650,000 | Original 10/2002 | $65.00 | | | | | 650,000 | $0.0001 | | Martin Management Group | | |
| Martin Partners FLP (missing orig'l cert to void) | | C22 | 500,000 | Original 10/2002 | $50.00 | | | | | 0 | $0.0001 | Joseph Lanyello | | | |
| Martin Partners FLP (missing orig'l cert to void) | | | | | | C23 | 7,500 | 10/2002 | | | $0.0001 | Donald & Eleanor Davis | | | |
| Martin Partners FLP (missing orig'l cert to void) | | | | | | C23 | 100,000 | 10/2002 | | | $0.0001 | Grace E. Oggen | | 369 John Ringling Blvd #E-27 | |
| Martin Partners FLP (missing orig'l cert to void) | | | | | | C23 | 25,000 | 10/2002 | | | $0.0001 | Marjorie Martin | | | |
| Martin Partners FLP (missing orig'l cert to void) | | | | | | C23 | 50,000 | 10/2002 | | | $0.0001 | Edward Ksevra | | 1765 West Beresford Ave. | |
| Martin Partners FLP (missing orig'l cert to void) | | | | | | C23 | 50,000 | 10/2002 | | | $0.0001 | John L. & Brandee L. Puls | | | |
| Martin Partners FLP (missing orig'l cert to void) | | | | | | C23 | 60,000 | 10/2002 | | | $0.0001 | Everett Sesser | | | |
| Martin Partners FLP (missing orig'l cert to void) | | | | | | C23 | 130,000 | 10/2002 | | | $0.0001 | Arthur Whitcomb | | 8112 N. North St. | |
| Martin Partners FLP (missing orig'l cert to void) | | | | | | C23 | 25,000 | 10/2002 | | | $0.0001 | Sargon SinoFresh I | | | |
| Martin Partners FLP (missing orig'l cert to void) | | | | | | C23 | 2,500 | 10/2002 | | | $0.0001 | Charles R. Sanford | | | |
| Martin Partners FLP (missing orig'l cert to void) | | | | | | C23 | 12,500 | 10/2002 | | | $0.0001 | Robert Woods | | | |
| Martin Partners FLP (missing orig'l cert to void) | | | | | | C23 | 12,500 | 10/2002 | | | $0.0001 | Brian Martin | | | |
| Martin Partners FLP (missing orig'l cert to void) | | | | | | C23 | 3,000 | 10/2002 | | | $0.0001 | Edna Gordon | | | |
| Martin Partners FLP (missing orig'l cert to void) | | | | | | C23 | 1,000 | 10/2002 | | | $0.0001 | Elenor Janet Black | | | |
| Martin Partners FLP (missing orig'l cert to void) | | | | | | C23 | 1,000 | 10/2002 | | | $0.0001 | | | Apartado 10346-1000 | |
| Martin Partners FLP (missing orig'l cert to void) | | C24 | 100,000 | Original 10/2002 | $10.00 | | | | | 100,000 | $0.0001 | | Irma Velasquez Yanez | Apdo 10733-1000 | |
| Tinco Habaneros (cert enough split need to reissue) | | C25 | 375,000 | Original 10/2002 | $37.50 | | | | | 375,000 | $0.0001 | | Adriana Quiros Solis | Apartado 10451-100 | |
| Big Cane Holdings | | C26 | 300,000 | Original 10/2002 | $30.00 | | | | | 300,000 | $0.0001 | | Roxana Sofia Lao | 6787 Areca Blvd | |
| Dagnue Ltd. | | C27 | 12,500 | Original 10/2002 | $1.25 | | | | | 12,500 | $0.0001 | | | 1211 Dockside Place | |
| Ira Rosenkrantz | | C28 | 12,500 | Original 10/2002 | $1.25 | | | | | 12,500 | $0.0001 | | | 6627 Pinefeather Ct | |
| John Paul Ott | | C29 | 12,500 | Original 10/2002 | $1.25 | | | | | 12,500 | $0.0001 | | | 29 Brampton Square | |
| Tom Deweb | | C30 | 150,000 | Original 10/2002 | $15.00 | | | | | 150,000 | $0.0001 | | | 9465 Wilshire Blvd. 6th Floor | |
| Phil Shirley | | C31 | 150,000 | Original 10/2002 | $15.00 | | | | | 150,000 | $0.0001 | | | | |
| Chuhum Pablaya | | C32 | 7,500 | Original 10/2002 | $0.50 | | | | | 7,500 | $0.0001 | James Von Hubert | | 3108 Casey Key Rd | |
| Stephen Bannon | James Von Hubert | C33 | 5,000 | Original 10/2002 | $0.50 | | | | | 5,000 | $0.0001 | | | 3108 Casey Key Rd | |
| MISSING orig'l cert (per MH #13 card & replaced w/#58) | | C34 | 5,000 | Original 10/2002 | $0.50 | | | | | 100,000 | $0.0001 | | | 438 SW 9th St | |
| Bianca and Eric Meyer | | C35 | 100,000 | Original 10/2002 | $10.00 | | | | | 100,000 | $0.0001 | | | 124 Locust Street | P.O. Box 193 |
| Bruce Harrison | | C36 | 125,000 | Original 10/2002 | $12.50 | | | | | 125,000 | $0.0001 | | | | |
| Kevin Harrell | | C37 | 125,000 | Original 10/2002 | $12.50 | | | | | | | | | 3108 Casey Key Road | |
| MISSING orig'l cert (per MH #18 voided & replaced w/#57 Cheyas James | Fud Cheyas James | C38 | 25,000 | Original 10/2002 | $2.50 | C44Z | 10,000 | 09/03/03 | $1.00 | 25,000 | $0.0001 | | | Apdo 10733-1000 | |
| Andres and Melissa Badolato IT Entirety | | C39 | 295,000 | Original 10/2002 | $29.50 | | | | | 295,000 | $0.0001 | | | 512 Valencia Rd | |
| Chau Masse | | C40 | 500,000 | Original 10/2002 | $50.00 | | | | | 500,000 | $0.0001 | | | P.O. Box 803 | |
| Robert DuPont | | C41 | 100,000 | Original 10/2002 | $10.00 | | | | | 100,000 | $0.0001 | | | | |
| Jobe Hallman | | C42 | 25,000 | Original 01/15/03 | $2.50 | | | | | 25,000 | $0.0001 | | | 5871 Madison Road | |
| VOIDED John Hallman | | C43 | 10,000 | Original 01/15/03 | $1.00 | | | | | 10,000 | $0.0001 | | | | |
| Crown IV Holdings | | C44 | 400,000 | Original 01/15/03 | | | | | | 10,000 | $0.0001 | | Charles Fust | 4490 Grassy Point Blvd | |
| Giselda Kropionski | | C45 | 10,000 | Original 01/15/03 | $1.00 | | | | | 10,000 | $0.0001 | | | P.O. Box 68102i | |
| Sharon O'Connor | | C46 | 150,000 | Original 01/15/03 | $15.00 | | | | | 150,000 | $0.0001 | | | 5706 N.W. 664th Ave. | |
| Frank Hall | | C47 | 410,355 | Original 01/15/03 | | | | | | 150,000 | $0.0001 | | | | |
| VOIDED Incsa Lnc Emerging Growth Equity Fund I LLC | | C48 | 1,106,625 | Original 01/15/03 | | | | | | | | | | | |
| James P. Von Hubert | Joseph Eikoure | C49 | 50,000 | Original 01/15/03 | $5.00 | | | | | 50,000 | $0.0001 | | | 1809 S. Lakeshore Dr | |
| Jocelyn Corp. (8/27/03 changed from red to corp) | | C50 | 7,500 | Original 10/2002 | $7.50 | | | | | 7,500 | $0.0001 | | | 2253 Henry Street | |
| Thomas G. Amon | | C51 | 100,000 | Original 10/2002 | $10.00 | | | | | 100,000 | $0.0001 | | | 4553 52nd Ave. N.E. | |
| David Oleo | | C52 | 100,000 | Original 10/2002 | $10.00 | | | | | 100,000 | $0.0001 | | | 1411 Brook Drive | |
| GAMI LLC | | C53 | 50,000 | Original 01/15/03 | | | | | | 50,000 | $0.0001 | | | | |
| VOIDED Bruce Harnson | | C54 | 10,000 | Original 01/15/03 | $1.00 | | | | | 10,000 | $0.0001 | | | | |
| Undivided | | C55 | 400,000 | Original 10/2002 | $10.00 | C265A-N | 400,000 (C63 breakdown below) | 08/11/03 | $40.00 | 400,000 | $0.0001 | | | 12415 N.W. 63rd Street | |
| Tim Dales FLP | Craig Terrell | C56 | 24,000 | Original 10/2002 | $2.40 | C264 | 24,000 | | | 24,000 | $0.0001 | | | 1219 Vecious St | |
| Tom Dales FLP | | C57 | 40,000 | Original 10/2002 | $4.00 | | 40,000 | | | 40,000 | $0.0001 | | | 200 9th Ave. N | |
| Tim Dales FLP (incpt spelling of last name on cert. & sig msg) | | C58 | 186,000 | Original 10/2002 | $18.60 | | | | | 186,000 | $0.0001 | | | 200 9th Ave. N | |
| Inces.Lnc Emerging Growth Equity Fund II | | C59 | 150,000 | Original 10/2002 | $15.00 | | | | | 150,000 | $0.0001 | | | | |
| Bucklands Ltd. | | C60 | 501,826 | Original 01/15/03 | | | | | | 501,826 | $0.0001 | | | 2800 W. Higgins Road | Suite 700 |
| VOIDED Sargon SinoFresh LLC | | C61 | 195,154 | Original 01/15/03 | | C275 | 2,000 | 05/28/01 | $500.00 | 195,154 | $0.0001 | | | 2800 W. Higgins Road | Suite 700 |
| Inces.Lnc Emerging Growth Equity Fund II | | C62 | 840,000 | Original 01/15/03 | | | | | | 840,000 | $0.0001 | | | 2800 W. Higgins Road | Suite 700 |
| The Incsa Lnc Emerging Growth Group LLC | | C63 | 0 | Original 01/15/03 | | | | | | 0 | $0.0001 | | | | |
| Charles Fust FLP | | C71 | 1,000 | Original 01/15/03 | | | | | | 1,000 | $0.0001 | Gaston Hobert | | 857 Ohio Ct | |
| Charles Fust FLP | | C72 | 1,000 | Original 01/15/03 | | | | | | 1,000 | $0.0001 | Gaston Hobert | | 200 9th Ave. N | Suite 210 |
| Charles Fust FLP | | C73 | 1,000 | Original 01/15/03 | | | | | | 1,000 | $0.0001 | Gaston Hobert | | 857 Ohio Ct | Suite 210 |
| Charles Fust FLP | | C74 | 1,000 | Original 01/15/03 | | | | | | 1,000 | $0.0001 | Donald W. Humphreys, Sr | | 3623 Clematis Rd | Suite 210 |

| NAME OF STOCKHOLDER | CONTACT | CERT# | # OF SHARES | DATE OF OWNERSHIP | FROM WHOM SHARES WERE TRANSFERRED (Name if Original) | AMOUNT PAID THEREON | CERT# | # OF SHARES | DATE OF SURRENDER OR TRANSFER OF SHARES | AMOUNT PAID THEREON | # OF SHARES HELD | VALUE OF STOCK TRANSFER TAX STAMP AFFIXED | FROM WHOM SHARES ARE TRANSFERRED | CONTACT | ADDRESS 1 | ADDRESS 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Charles Fust FLP | | C76 | 1,000 | 01/15/03 | Original | $500.00 | C276 | 2,000 | 03/28/03 | $500.00 | 1,000 | $0.0001 | Donald W. Humphries, Sr. | | 3624 Clemans Rd | |
| Charles Fust FLP | | C77 | 1,000 | 01/15/03 | Original | $500.00 | combined C275 | | 03/28/03 | $500.00 | 1,000 | $0.0001 | Donald W. Humphries, Sr. | | 3624 Clemans Rd | |
| Charles Fust FLP | | C78 | 1,000 | 01/15/03 | Original | $500.00 | combined C276 | | 05/28/03 | $500.00 | 1,000 | $0.0001 | Donald W. Humphries, Sr. | | 239 Mountainside Rd | |
| Charles Fust FLP | | C79 | 1,000 | 01/15/03 | Original | $500.00 | C279 | 1,000 | 06/17/03 | $500.00 | 1,000 | $0.0001 | Guenevere Martin | | 239 Mountainside Rd | |
| Charles Fust FLP | | C80 | 1,000 | 01/15/03 | Original | $500.00 | C280 | 1,000 | 06/17/03 | $500.00 | 1,000 | $0.0001 | Guenevere Martin | | 239 Mountainside Rd | |
| Charles Fust FLP | | C81 | 5,000 | 01/15/03 | Original | | void & reissued under 1000 increments C81a,b,c | | | | 0 | $0.0001 | | | | |
| Charles Fust FLP | | C81A | 2,000 | 01/15/03 | Original | | C290 (see C90 below) | 2,000 | 07/07/03 | | 2,000 | $0.0001 | Mary Ann & Michael Mcallen | | 1216 Waterside Lane | |
| Charles Fust FLP | | C81B | 2,000 | 01/15/03 | Original | | C281B | 2,000 | 07/07/03 | | 2,000 | $0.0001 | | | | |
| Charles Fust FLP | | C81C | 2,000 | 01/15/03 | Original | | C281B,C (see below) | | | | 0 | $0.0001 | | | | |
| Charles Fust FLP | | C82 | 1,000 | 01/15/03 | Original | | see C299 below | | | | 0 | $0.0001 | | | | |
| Charles Fust FLP | | C82A | 1,000 | 01/15/03 | Original | | 4000 (includes C81C) | | 07/07/03 | | 4,000 | $0.0001 | Ralph E. Quigley Tree Marie E Q/Ralph E. & Marie E. Quigley | | 781 Jacaranda Cir | |
| Charles Fust FLP | | C82B | 1,000 | 01/15/03 | Original | | void & reissued C82 1 & C82C2 | | | | 0 | $0.0001 | | | | |
| Charles Fust FLP | | C82C | 2,000 | 01/15/03 | Original | | C282C1 | 1,000 | 08/07/03 | $0.50 | 1,000 | $0.0001 | Tom Burt ITF Nina Burt UGMA | | P O Box 2572 | |
| Charles Fust FLP | | C82C1 | 1,000 | 01/15/03 | Original | | C282C2 | 1,000 | 08/07/03 | $0.50 | 1,000 | $0.0001 | Ric L & Susan M. Thorning | | 18613 49th Pl W | |
| Charles Fust FLP | | C82C2 | 1,000 | 01/15/03 | Original | | C299 (see below) | | | | 0 | $0.0001 | | | | |
| Charles Fust FLP | | C83 | 3,000 | 01/15/03 | Original | | C291 (see below) | | | | 0 | $0.0001 | | | | |
| Charles Fust FLP | | C84 | 1,000 | 01/15/03 | Original | | void & reissued under C85A, C85B & C85C | | | | 0 | $0.0001 | | | | |
| Charles Fust FLP | | C85 | 1,200 | 01/15/03 | Original | | C285A | 1,200 | 08/07/03 | | 1,200 | $0.0001 | Ronnie A Speidel | | 5 Willow Ave | |
| Charles Fust FLP | | C85A | 1,000 | 01/16/03 | Original | | C285B | 1,000 | 08/07/03 | | 1,000 | $0.0001 | Joanne Martini | | 188 Cuppan Dr | |
| Charles Fust FLP | | C85B | 3,000 | 01/17/03 | Original | | | | | | 900 | $0.0001 | | | | |
| Charles Fust FLP | | C85C | 800 | 01/15/03 | Original | | (voided as issued as C95A & C95B) | | | | 0 | $0.0001 | | | | |
| Charles Fust FLP | | C86 | 10,000 | 01/15/03 | Original | | C295 | 10,000 | 05/28/03 | | 10,000 | $0.0001 | John M. Hallman IV | | 829 Wood Sorrel Lane | |
| Charles Fust FLP | | C87 | 10,000 | 01/15/03 | Original | | C287 | 10,000 | 05/28/03 | | 10,000 | $0.0001 | John M. Hallman IV | | 228 Parklands Dr | |
| Charles Fust FLP | | C88 | 10,000 | 01/15/03 | Original | | C288 | 10,000 | 06/17/03 | | 16,000 | $0.0001 | William Willerth | | 829 Wood Sorrel Lane | |
| Charles Fust FLP | | C89 | 10,000 | 01/15/03 | Original | | C296 | 16,000 (includes C81A & C83) | 07/07/03 | | 16,000 | $0.0001 | Linda Janzen | | | |
| Charles Fust FLP | | C90 | 10,000 | 01/15/03 | Original | | C291 | 14,000 (includes C84 & C91) | 07/15/03 | | 15,000 | $0.0001 | William Willerth | | | |
| Charles Fust FLP | | C91 | 10,000 | 01/15/03 | Original | | see C291 below | | | | 0 | $0.0001 | | | | |
| Charles Fust FLP | | C92 | 10,000 | 01/15/03 | Original | | C293 | 20,000 (includes C92) | 08/07/03 | | 20,000 | $0.0001 | Robert T. Charezua | | 91 Longwood Dr | |
| Charles Fust FLP | | C93 | 10,000 | 01/15/03 | Original | | see below | | | | 20,000 | $0.0001 | | | | |
| Charles Fust FLP | | C94 | 10,000 | 01/15/03 | Original | | C294 | 24,000 (includes C86 (?4 & C95) | 08/07/03 | $0.50 | 24,000 | $0.0001 | James Otto Joseph Calder | | 2011 Riverview Dr | |
| Charles Fust FLP | | C95 | 10,000 | 01/15/03 | Original | | (voided & reissued as C95A & C95B) | | | | 0 | $0.0001 | | | | |
| Charles Fust FLP | | C95A | 9,000 | 01/15/03 | Original | | C295 | 1,000 | 08/07/03 | $0.50 | 1,000 | $0.0001 | Linda Janzen | | 228 Parklands Dr | |
| Charles Fust FLP | | C95B | 1,000 | 01/15/03 | Original | | | | | | 10,000 | $0.0001 | | | | |
| Charles Fust FLP | | C96 | 10,000 | 01/15/03 | Original | | C296 | 10,000 | 08/07/03 | | 10,000 | $0.0001 | | | | |
| Charles Fust FLP | | C97 | 25,000 | 01/24/03 | Original | | see below | | | | 0 | $0.0001 | | | | |
| Charles Fust FLP | | C98 | 25,000 | 01/24/03 | Original | | C299 | 76,000 (includes C81A, C97 & C98) | 08/07/03 | $0.50 | 76,000 | $0.0001 | James Edgar Calder | | 2011 Riverview Dr | |
| Charles Fust FLP | | C99 | 25,000 | 01/15/03 | Original | | see below | | | | 0 | $0.0001 | | | | |
| Charles Fust FLP | | C100 | 25,000 | 01/24/03 | Original | | void & reissued C100A & C100B | | | | 0 | $0.0001 | | | | |
| Charles Fust FLP | | C100A | 10,000 | 01/15/03 | Original | | C100A | 10,000 | 08/07/03 | | 10,000 | $0.0001 | Terrie L. Cross | | 40400 N. Beach Rd | |
| Charles Fust FLP | | C100B | 15,000 | 01/15/03 | Original | | void & reissued C100B1, C100B2 & C100B3 | | | | 0 | $0.0001 | | | | |
| Charles Fust FLP | | C100B1 | 6,000 | 01/15/03 | Original | | C100B12 | 6,000 | 07/14/03 | | 6,000 | $0.0001 | Janice Seone | | 410 Palmetto Court #8 | |
| VOIDED Charles Fust FLP | | C100B2 | 4,000 | 01/15/03 | Original | | | | | | 4,000 | $0.0001 | | | | |
| Charles Fust FLP | | C100B3 | 25,000 | 01/15/03 | Original | | | | | | 4,000 | $0.0001 | | | | |
| Charles Fust FLP | | C101 | 25,000 | 01/15/03 | Original | | | | | | 25,000 | $0.0001 | | | | |
| Charles Fust FLP | | C102 | 25,000 | 01/15/03 | Original | | | | | | 25,000 | $0.0001 | | | | |
| Charles Fust FLP | | C103 | 25,000 | 01/15/03 | Original | | | | | | 25,000 | $0.0001 | | | | |
| Charles Fust FLP | | C104 | 25,000 | 01/15/03 | Original | | | | | | 25,000 | $0.0001 | | | | |
| Charles Fust FLP | | C105 | 25,000 | 01/15/03 | Original | | | | | | 25,000 | $0.0001 | | | | |
| Charles Fust FLP | | C106 | 25,000 | 01/15/03 | Original | | | | | | 25,000 | $0.0001 | Robert T. Charezua | | 91 Longwood Dr | |
| Charles Fust FLP | | C107 | 25,000 | 01/15/03 | Original | | CZ199 | 50,000 | 07/25/03 | $25.00 | 50,000 | $0.0001 | | | | |
| Charles Fust FLP | | C108 | 25,000 | 01/15/03 | Original | | | | | | 50,000 | $0.0001 | | | | |
| Charles Fust FLP | | C109 | 50,000 | 01/15/03 | Original | | | | | | 50,000 | $0.0001 | | | | |
| Charles Fust FLP | | C110 | 50,000 | 01/15/03 | Original | | CZ112 | 50,000 | 01/15/03 | $10.01 | 50,000 | $0.0001 | Martin Partners FLP | | 3108 Casey Key Road | |
| Charles Fust FLP | | C111 | 50,000 | 01/15/03 | Original | | | | | | 50,000 | $0.0001 | | | | |
| Charles Fust FLP | | C112 | 50,000 | 01/15/03 | Original | | | | | | 50,000 | $0.0001 | | | | |
| Charles Fust FLP | | C113 | 50,000 | 01/15/03 | Original | | | | | | 50,000 | $0.0001 | | | | |
| Charles Fust FLP | | C114 | 50,000 | 01/15/03 | Original | | | | | | 50,000 | $0.0001 | | | | |
| Charles Fust FLP | | C115 | 50,000 | 01/15/03 | Original | | | | | | 50,000 | $0.0001 | | | | |
| Charles Fust FLP | | C116 | 50,000 | 01/15/03 | Original | | | | | | 50,000 | $0.0001 | | | | |
| Charles Fust FLP | | C117 | 50,000 | 01/15/03 | Original | | | | | | 50,000 | $0.0001 | | | | |
| Charles Fust FLP | | C118 | 50,000 | 01/15/03 | Original | | | | | | 50,000 | $0.0001 | | | | |
| Charles Fust FLP | | C119 | 50,000 | 01/15/03 | Original | | | | | | 50,000 | $0.0001 | | | | |
| Charles Fust FLP | | C120 | 90,000 | 02/15/03 | Original | | | | | | 90,000 | $0.0001 | | | | |
| Charles Fust FLP | | C121 | 100,000 | 01/15/03 | Original | | | | | | 100,000 | $0.0001 | | | | |
| Charles Fust FLP | | C122 | 100,000 | 01/15/03 | Original | | | | | | 100,000 | $0.0001 | | | | |
| Charles Fust FLP | | C123 | 100,000 | 01/15/03 | Original | | | | | | 100,000 | $0.0001 | | | | |
| Charles Fust FLP | | C124 | 100,000 | 01/15/03 | Original | | | | | | 100,000 | $0.0001 | | | | |
| Charles Fust FLP | | C125 | 500,000 | 01/15/03 | Original | | | | | | 500,000 | $0.0001 | | | | |
| Charles Fust FLP | | C126 | 500,000 | 01/15/03 | Original | | | | | | 500,000 | $0.0001 | | | | |
| Charles Fust FLP | | C127 | 100,000 | 01/15/03 | Original | | | | | | 100,000 | $0.0001 | | | | |
| Charles Fust FLP | | C128 | 100,000 | 01/15/03 | Original | | | | | | 100,000 | $0.0001 | | | | |
| Charles Fust FLP | | C129 | 500,000 | 01/15/03 | Original | | | | | | 500,000 | $0.0001 | | | | |
| Charles Fust FLP | | C130 | 500,000 | 01/15/03 | Original | | | | | | 500,000 | $0.0001 | | | | |
| Charles Fust FLP | | C131 | 500,000 | 01/15/03 | Original | | | | | | 500,000 | $0.0001 | | | | |
| Charles Fust FLP | | C132 | 500,000 | 01/15/03 | Original | | | | | | 500,000 | $0.0001 | | | | |
| Charles Fust FLP | | C133 | 500,000 | 01/15/03 | Original | | | | | | 500,000 | $0.0001 | | | | |
| Charles Fust FLP | | C134 | 500,000 | 01/15/03 | Original | | | | | | 500,000 | $0.0001 | | | | |
| Charles Fust FLP | | C135 | 900,000 | 01/15/03 | Original | | | | | | 900,000 | $0.0001 | | | | |
| Charles Fust FLP | | C136 | 900,000 | 01/15/03 | Original | | | | | | 900,000 | $0.0001 | | | | |
| Charles Fust FLP | | C137 | 900,000 | 01/15/03 | Original | | | | | | 900,000 | $0.0001 | | | | |
| Charles Fust FLP | | C138 | 900,000 | 01/15/03 | Original | | | | | | 900,000 | $0.0001 | | | | |
| Charles Fust FLP | | C139 | 900,000 | 01/15/03 | Original | | | | | | 900,000 | $0.0001 | | | | |
| Charles Fust FLP | | C140 | 500,000 | 01/15/03 | Original | | | | | | 500,000 | $0.0001 | | | | |
| Charles Fust FLP | | C141 | 1,000,000 | 01/15/03 | Original | | | | | | 1,000,000 | $0.0001 | | | | |
| Charles Fust FLP | | C142 | 1,000,000 | 01/15/03 | Original | | | | | | 1,000,000 | $0.0001 | Bob Woods | | 2102 Harrisburg Pike | |
| VOIDED Charles Fust FLP | | C143 | 12,500 | 10/20/02 | Martin Partners FLP | | 21 | 12,500 | 01/15/03 | | 12,500 | $0.0001 | Joseph H. Lanzillo | | 6720 Park Blvd, #20 | |
| missing orig'l cert (see #21) | | C144 | 7,500 | 10/20/02 | Martin Partners FLP | | 21 | 7,500 | 10/20/02 | | 7,500 | $0.0001 | | | | |
| missing orig'l cert (see #23) | | C145 | 12,500 | 10/20/02 | Martin Partners FLP | | 21 | | 10/20/02 | | | | | | | | |
| missing orig'l cert (see #24) | | C146 | 100,000 | 10/20/02 | Martin Partners FLP | | 21 | 100,000 | 10/20/02 | | 100,000 | $0.0001 | Donald & Eleanor Dipus | | | |

| NAME OF STOCKHOLDER | CONTACT | CERT# | # OF SHARES ISSUED | DATE OF OWNERSHIP | FROM WHOM SHARES WERE TRANSFERRED (Not if Original) | AMOUNT PAID THEREON | CERT# | # OF SHARES OR TRANSFERRED | # OF SHARES | DATE OF SURRENDER OR TRANSFER OF SHARES | AMOUNT PAID THEREON | # OF SHARES HELD | VALUE OF STOCK TRANSFER TAX STAMP AFFIXED | TO WHOM SHARES ARE TRANSFER | CONTACT | ADDRESS 1 | ADDRESS 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| missing orig'l cert (see #23) | | C147 | 25,000 | 10/2/2002 | Marlin Partners FLP | | 21 | 25,000 | | 10/2/2002 | | 25,000 | $0.0001 | Grace E Coggon | | 406 Cervina Dr So | #E-27 |
| missing orig'l cert (see #23) | | C148 | 50,000 | 10/2/2002 | Marlin Partners FLP | | 23 | 50,000 | | 10/2/2002 | | 50,000 | $0.0001 | Marjorie Martin | | 769 John Ringling Blvd | |
| missing orig'l cert (see #23) | | C149 | 50,000 | 10/2/2002 | Marlin Partners FLP | | 21 | 50,000 | | 10/2/2002 | | 50,000 | $0.0001 | Edward Krewtt | | 3818 Sunbird Creek | |
| missing orig'l cert (see #23) | | C150 | 60,000 | 10/2/2002 | Marlin Partners FLP | | 21 | 60,000 | | 10/2/2002 | | 50,000 | $0.0001 | John L & Brandie L Puls | | 1102 Henderson Blvd | #3060 |
| missing orig'l cert (see #23) | | C151 | 25,000 | 10/2/2002 | Marlin Partners FLP | $2.50 | 21 | 25,000 | | 10/2/2002 | | 25,000 | $0.0001 | Everett Setser | | 1765 W Bernsford Ave | |
| missing orig'l cert (see #23) | | C152 | 25,000 | 10/2/2002 | Marlin Partners FLP | $2.50 | 21 | 25,000 | | 10/2/2002 | | 25,000 | $0.0001 | Everett Setser | | 1765 W Bernsford Ave | |
| missing orig'l cert (see #23) | | C153 | 25,000 | 10/2/2002 | Marlin Partners FLP | $2.50 | 21 | 25,000 | | 10/2/2002 | | 25,000 | $0.0001 | Everett Setser | | 1765 W Bernsford Ave | |
| missing orig'l cert (see #23) | | C154 | 25,000 | 10/2/2002 | Marlin Partners FLP | $2.50 | 23 | 25,000 | | 10/2/2002 | | 25,000 | $0.0001 | Everett Setser | | 1765 W Bernsford Ave | |
| missing orig'l cert (see #23) | | C155 | 25,000 | 10/2/2002 | Marlin Partners FLP | $2.50 | 23 | 25,000 | | 10/2/2002 | | 25,000 | $0.0001 | Everett Setser | | 1765 W Bernsford Ave | |
| missing orig'l cert (see #23) | | C156 | 25,000 | 10/2/2002 | Marlin Partners FLP | $2.50 | 23 | 25,000 | | 10/2/2002 | | 25,000 | $0.0001 | Everett Setser | Alan P Donenfeld | 115 E 57th St 15th Fl | |
| missing orig'l cert (see #23) issued to Arthur mcg | | C157 | 25,000 | 10/2/2002 | Marlin Partners FLP | $25.00 | 23 | 25,000 | | 10/2/2002 | | 25,000 | $0.0001 | Bristol Investment Partners I | Michael W Hawkins | 1900 S Harbor City Blvd | Suite 115 |
| Sargon SnoFresh (incpt splg on cert) | | C158 | 950,000 | 10/2/2002 | Original | $950.00 | | | | 10/2/2002 | | 950,000 | $0.0001 | | Michael W Hawkins | | |
| Sargon SnoFresh missing orig'l cert (see #23) | | C159 | 2,500 | 10/2/2002 | Marlin Partners FLP | $2.50 | 21 | 2,500 | | 10/2/2002 | | 2,500 | $0.0001 | Sargon SnoFresh LLC | | 8112 N Ninth Street | |
| missing orig'l cert (see #23) | | C160 | 12,500 | 10/2/2002 | Marlin Partners FLP | | 23 | 12,500 | | 10/2/2002 | | 12,500 | $0.0001 | Charles Sanford | | 612 Audrey Circle | |
| missing orig'l cert (see #23) | | C161 | 1,000 | 10/2/2002 | Marlin Partners FLP | | 23 | 1,000 | | 10/2/2002 | | 3,000 | $0.0001 | Brian Martin | | | |
| missing orig'l cert (see #23) | | C162 | 1,000 | 10/2/2002 | Marlin Partners FLP | | 23 | 1,000 | | 10/2/2002 | | 1,000 | $0.0001 | Edna Gordon | | | |
| missing orig'l cert (see #23) | | C163 | 1,000 | 10/2/2002 | Marlin Partners FLP | | 23 | 1,000 | | 10/2/2002 | | 1,000 | $0.0001 | Elenor Janet Black | | | |
| Lisa Mullins | | | 100,000 | 08/15/03 | Original | | | | | | | 100,000 | | | | | |
| TOTAL COMMON STOCK | | | | | | | | | | | | | | | | | |

| CITY | ST/C | ZIP |
|---|---|---|
| Lititz | PA | 17541 |
| Wayne | NJ | 07470 |
| Coral Gables | FL | 33134 |
| Laurel | FL | 34272 |
| Tampa | FL | 33645 |
| Columbia | MD | 21045 |
| Melbourne | FL | 32940 |
| Melbourne | FL | 32901 |
| Boca Raton | FL | 33496 |
| Ft. Lauderdale | FL | 33304 |
| Osprey | FL | 34229 |
| Nokomis | FL | 34275 |
| Sarasota | FL | 34236 |
| DeLand | FL | 32720 |
| Tampa | FL | 33604 |
| San Jose | Costa Rica | |
| San Jose | Costa Rica | |
| San Jose | Costa Rica | |
| Sarasota | FL | 34241 |
| Sarasota | FL | 34242 |
| Bradenton | FL | 34203 7104 |
| London | UK | SW3 |
| Beverly Hills | CA | 90212 |
| Nokomis | FL | 34275 |
| Nokomis | FL | 34275 |
| Cape Coral | FL | 33991 |
| Red Bud | IL | 62278 |
| Nokomis | FL | 34275 |
| San Jose | Costa Rica | |
| Venice | FL | 34285 |
| Englewood | FL | 34295-0803 |
| Venice | FL | 34293 |
| Pt. Charlotte | FL | 33952 |
| Marietta | GA | 30068 |
| Tamarac | FL | 33321 |
| Rotonda West | FL | 33947 |
| Kingstown | St. Vincent & The Grenadines | |
| Sarasota | FL | 34231 |
| Brooklyn | NY | 11201 |
| Seattle | WA | 98101 |
| Melbourne | FL | 32935 |
| Coral Springs | FL | 33076 |
| Laredo | TX | 78040 |
| Sarasota Harbor | FL | 34695 |
| Sarasota Harbor | FL | 34695 |
| Sarasota Harbor | FL | 34695 |
| Hoffman Estates | IL | 60195 |
| Hoffman Estates | IL | 60195 |
| Hoffman Estates | IL | 60195 |
| Englewood | FL | 34223 |
| Englewood | FL | 34223 |
| Venice | FL | 34293 |

| CITY | ST/C | ZIP |
|---|---|---|
| Venice | FL | 34293 |
| Venice | FL | 34293 |
| Venice | FL | 34293 |
| Mendham | NJ | 07945 |
| Mendham | NJ | 07945 |
| Venice | FL | 34292 |
| Venice | FL | 34292 |
| Kings Beach | CA | 96143 |
| Lynnwood | WA | 98037 |
| Lincoln Park | NJ | 07035 |
| Ringwood | NJ | 07456 |
| Venice | FL | 34293 |
| Rochester | NY | 14616 |
| Venice | FL | 34293 |
| Rochester | NY | 14612 |
| Murfreesboro | TN | 37129 |
| Rochester | NY | 14616 |
| Murfreesboro | TN | 37129 |
| Englewood | FL | 34223 |
| Venice | FL | 34285 |
| Rochester | NY | 14612 |
| Nokomis | FL | 34275 |
| Lancaster | PA | 17603 |
| Poinciana Park | FL | 33781 |

| CITY | STATE | ZIP |
|---|---|---|
| Venice | FL | 34292 |
| Sarasota | FL | 34236 |
| Sebring | FL | 33872 |
| Tampa | FL | 33609 |
| Deland | FL | 32720 |
| Deland | FL | 32720 |
| Deland | FL | 32720 |
| Deland | FL | 32720 |
| New York | NY | 10012 |
| Melbourne | FL | 32901 |
| Tampa | FL | 33604 |
| Davidson | NC | 28036 |



| NAME OF STOCKHOLDER | CONTACT | CERTIFICATES ISSUED CERT# | # OF SHARES | DATE OF OWNERSHIP | FROM WHOM SHARES WERE TRANSFERRED (Note if Original) | AMOUNT PAID THEREON | CERTIFICATES SURRENDERED OR TRANSFERRED CERT# | # OF SHARES | DATE OF SURRENDER OR TRANSFER OF SHARES | # OF SHARES HELD | VALUE OF STOCK TRANSFER TAX STAMP AFFIXED | TO WHOM SHARES ARE TRANSFERRED | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | $0.0001 | Jeffrey J & Ann Reed | | 1721 Oak St | | Englewood | FL | 34223 |
| | | | | | | | | | | | $0.0001 | John Robbins | | 2131 Magnolia Avenue | | Birmingham | AL | 35205 |
| | | | | | | | | | | | $0.0001 | Carl B & Pamela D Roland | | 1040 Huddersfield Dr | Suite 101 | Powder Springs | GA | 30127 |
| | | | | | | | | | | | $0.0001 | Steven & Marjorie Saffan | | 1915 Watercress Way | | Highland Park | IL | 60035 |
| | | | | | | | | | | | $0.0001 | Fred Scholz | | 2361 Parkwood Dr | | Green Bay | WI | 54304 |
| | | | | | | | | | | | $0.0001 | Harry Shively Trust | | 8721 Whitmore Court | | Springfield | VA | 22153 |
| | | | | | | | | | | | $0.0001 | Dr. Ted Simoe | | 2421 Bee Ridge Road | | Sarasota | FL | 34239 |
| | | | | | | | | | | | $0.0001 | Bryan S & Julie B Simpson | | 7401 Divers Rd | | Waxhaw | NC | 28173 |
| | | | | | | | | | | | $0.0001 | Kenneth Smith | | PO Box 417 | | Pittman | NJ | 15124 |
| | | | | | | | | | | | $0.0001 | Roger D & Linda L Speer | | 1712 Possum Oak Rd | | Vienna | VA | 24285 |
| | | | | | | | | | | | $0.0001 | Frank D Spoerry | | 3707 Long Cove Rd | | Mulkshan | VA | 23112 |
| | | | | | | | | | | | $0.0001 | Dr. Michael Stamper | | 711 East Marion Ave | Suite 200 | Punta Gorda | FL | 33950 |
| | | | | | | | | | | | $0.0001 | George J Stamper | | 800 Reed Street | | Lockport | IL | 60441 |
| | | | | | | | | | | | $0.0001 | Peter J Steed | | 312 12th Street | | Pleasant Grove | AL | 31127 2601 |
| | | | | | | | | | | | $0.0001 | Seth D Stevens | | 134 Jefferson Street | | Amherst | OH | 44001 |
| | | | | | | | | | | | $0.0001 | Ray A Stoecker III | | 4370 Luther Ave | | North Port | FL | 34288 |
| | | | | | | | | | | | $0.0001 | Brian Litch John Stiegall | | 3066 Wildemere Blvd West | | Parrish | FL | 34219 9014 |
| | | | | | | | | | | | $0.0001 | Dr. Stephen Toner | | 215 W. 6th St | | Panama City | FL | 32402 |
| | | | | | | | | | | | $0.0001 | Jonathan Van | | 665 Lucier Plain Ave | | Needham | MA | 02492 |
| | | | | | | | | | | | $0.0001 | Donald Vernon | | 34071 E Farm Rd 174 | | Rogersville | MO | 65742 |
| | | | | | | | | | | | $0.0001 | Maria Virgil | | 302 Miami Trace | | Nokomis | FL | 34275 |
| | | | | | | | | | | | $0.0001 | John T Walsh | | 535 Mill Rd | | East Aurora | NY | 14052 |
| | | | | | | | | | | | $0.0001 | Clay R Wilcox | | 2270 Castle Lake Drive | | Tyrone | GA | 30298 |
| | | | | | | | | | | | $0.0001 | Michael W Wilkins | | 7217 Coe Road | | Panama City | FL | 32404 |
| | | | | | | | | | | | $0.0001 | James Todd Williams | | 1048 Anis Court | | Asheboro | NC | 27205 |
| | | | | | | | | | | | $0.0001 | Jason Andrew Williams | | 1321 Blackburn Road | | Charlotte | NC | 28211 |
| | | | | | | | | | | | $0.0001 | Joseph N Zumbo | | The Angeles | 17 West Clarke Ave | York | PA | 17403 |
| | | | | | | | | | | | $0.0001 | Investline Consulting, L.L.C. | | #3100 Fort Courtcourse Pkwy | | Atlanta | GA | 30328 |
| | | | | | | | | | | | $0.0001 | Two Sid Staggers | | 253383 Ferndale Ave | | Port Charlotte | FL | 33980 |
| | | | | | | | | | | | $0.0001 | Stephen K Buckolaw | | 441 Mariner Ave | | Tampa | FL | 33606 |
| | | | | | | | | | | | $0.0001 | David William Buchoizio | | 4129 Melrose Court | | Melbourne | FL | 32940 |
| | | | | | | | | | | | $0.0001 | Mark G Dugali | | 2417 S Ann Street | | Baltimore | MD | 21231 |

TOTAL PREFERRED SERIES A STOCK