

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL H. HAWKINS; RUSSELL WAGGONER; DON FEE; KEN HALL; STEVE BANNON; DAVID OTTO; TOM G. AMON; EVERETT C. SETSER; TERRY TURNER; DR. KENNETH BADOLATO; DR. DAVID W. BADOLATO; HARVEY HENDLER; CINCO HABANEROS, INC.; DIESPITER LTDA; BOSTON MEDICAL INVESTORS, LLC; SPARTACUS HEALTHCARE PARTNERS IV; GAMI, LLC; BIG GAMES HOLDINGS, INC.; and CROWN IV HOLDINGS, INC.,

Plaintiffs,

vs.                              Case No. 2:04-cv-95-FtM-29SPC

CHARLES FUST; STACEY MALONEY FUST; ROBERT DUPONT; RUSSELL R. LEE, III; SINO FRESH HEALTHCARE, INC.,

Defendants.

_____

**ORDER**

This matter comes before the Court on defendants' Motion to Transfer Case to Tampa Division (Doc. #5), filed on March 5, 2004. Defendants argue that the case is due to be transferred to the Tampa Division of the Middle District of Florida based on the citizenship of the defendants all falling within Sarasota and Manatee County, Florida. Defendants certify that the transfer request is not opposed.

Pursuant to United States District Court, Middle District of Florida, Local Rule 1.02(c), "[a]ll civil proceedings of any kind shall be instituted in that Division encompassing the county or

counties having the greatest nexus with the cause, giving due regard to the place where the claim arose and the residence or principal place of business of the parties." See also Local Rule 1.02(b)(4). The Court finds that this case should be transferred to the Tampa Division of the Middle District of Florida based on a review of the Class Action Amended Complaint (Doc. #4).

Accordingly, it is now

**ORDERED:**

1. Defendants' Motion to Transfer Case to Tampa Division (Doc. #5) is **GRANTED**. The Clerk is **directed** to transfer this case to the Tampa Division of the Middle District of Florida. The Clerk shall terminate any previously scheduled deadlines and close the Fort Myers case file.

**DONE AND ORDERED** at Fort Myers, Florida, this 11th day of March, 2004.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
United States Magistrate Judge
Counsel of record
DCCD

FILE COPY

Date Printed: 03/12/2004

Notice sent to:

   ___   David B. Haber, Esq.
Law Office of David B. Haber, P.A.
1 S.E. 3rd Ave., Suite 1820
Miami, FL  33131

2:04-cv-00095    lap

   ___   David S. Oliver, Esq.
Greenberg Traurig, P.A.
450 S. Orange Ave., Suite 650
P.O. Box 4923
Orlando, FL  32802-4923

2:04-cv-00095    lap